# United States Court of Appeals
## For the First Circuit

No. 14-1286

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL E. CARPENTER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 30, 2015, is amended as follows:

On the cover sheet, replace "March 20, 2015" with "March 30, 2015"

On page 50, replace "we <u>affirm</u> the orders of the district court on all counts" with "we <u>affirm</u> the conviction and sentence."